IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CR-32-1-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JULIO MEDINA, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall respond to defendant's motion to reduce his sentence [D.E. 177] not later than June 3, 2022.

SO ORDERED. This 10 day of May, 2022.

JAMES C. DEVER III
United States District Judge