IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:14-CR-00032-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JULIO MEDINA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Government's Motion to Seal Exhibit 1 – Defendant's Medical Records [D.E. 184] attached to Government's Response in Opposition to Defendant's Motion for Compassionate Release [D.E. 183] For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit 1 – Defendant's Medical Records [D.E. 184].

SO ORDERED this **20** day of **June**, 2022.

JAMES C. DEVER III
United States District Court Judge